# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3326
LT Case No. 2022-CF-057095-A

_____

CARLOS LEMONT JONES II,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Brevard County.
Kelly Jo McKibben, Judge.

Carlos Lemont Jones II, Bristol, pro se.

James Uthmeier, Attorney General, Tallahassee, and
Kaylee D. Tatman, Assistant Attorney General, Daytona
Beach, for Appellee.


April 2, 2026


PER CURIAM.

AFFIRMED.


EDWARDS, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____